IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|       Plaintiff/Garnishor, | ) |
| vs. | ) Case Number CR-05-41-C |
| JEANIE IRONS, | ) |
|       Defendant, | ) |
| and | ) |
| GOLDEN OAKS SENIOR LIVING COMMUNITY, and its successors or assigns, | ) |
|       Garnishee. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on January 19, 2012. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety. Plaintiff is directed to provide the Court with an appropriate Order authorizing the requested relief.

IT IS SO ORDERED this 1st day of March, 2012.

ROBIN J. CAUTHRON
United States District Judge